Michael James HICKS, Plaintiff–
Appellant,

v.

L. ROWE, in individual capacity and as
Senior Librarian in official capacity;
et al., Defendants–Appellees.

No. 11–55785.

United States Court of Appeals,
Ninth Circuit.

---

Submitted Nov. 13, 2012.*

Filed Nov. 20, 2012.

Michael James Hicks, Crescent City, CA, pro se.

Before: CANBY, TROTT, and W. FLETCHER, Circuit Judges.

## MEMORANDUM **

California state prisoner Michael James Hicks appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging access-to-courts claims. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's decision to dismiss for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii), *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir.1998) (order), and for an abuse of discretion its decision to do so without leave to amend, *Lopez v. Smith*, 203 F.3d 1122, 1130 (9th Cir.2000) (en banc). We affirm.

The district court properly dismissed Hicks' complaint because Hicks failed plausibly to allege actual injury. *See Lewis v. Casey*, 518 U.S. 343, 348–49, 116 S.Ct. 2174, 135 L.Ed.2d 606 (1996) (access-to-courts claim requires actual prejudice to contemplated or existing litigation, such as inability to meet a filing deadline or to present a claim).

The district court did not abuse its discretion in dismissing the complaint without leave to amend because amendment would

be futile. *See Lopez*, 203 F.3d at 1130 (dismissal without leave to amend is appropriate where the pleading could not be cured by the allegation of other facts).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

